# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00179-7 |
| | ) | Judge Trauger |
| JAMES THOMAS JOHNSON, JR. | ) | |

## O R D E R

The court held a hearing on March 24, 2015, on defense counsel's Motion to Withdraw (Docket No. 99). After ex parte communication with the defendant and defense counsel, it is hereby **ORDERED** that the motion is **DENIED**. The court notes that this case is set for trial on May 19, 2015.

It is so **ORDERED**.

ENTER this 24th day of March 2015.

_____
ALETA A. TRAUGER
U.S. District Judge